

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Randy Trevino Vialpando,　　　　　　　* From the 350th District Court
　　　　　　　　　　　　　　　　　　　　of Taylor County
　　　　　　　　　　　　　　　　　　　　Trial Court No. 11457-D.

Vs. No. 11-16-00262-CR　　　　　　　　* August 30, 2018

The State of Texas,　　　　　　　　　　* Memorandum Opinion by Bailey, J.
　　　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, J.;
　　　　　　　　　　　　　　　　　　　　Gray, C.J., sitting by assignment; and
　　　　　　　　　　　　　　　　　　　　Wright, S.C.J., sitting by assignment)
　　　　　　　　　　　　　　　　　　　　(Willson, J., not participating)

　　　　This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.